CSD 1162 [08/22/03]

Name, Address, Telephone No. & I.D. No.

Order Entered on
July 2, 2010
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

                                    Debtor.

BANKRUPTCY NO.

                              Moving Party

RS NO.

                              Respondent(s)

## ORDER ON NONCONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY
☐ REAL PROPERTY    ☐ PERSONAL PROPERTY

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through _____ with exhibits, if any, for a total of _____ pages, is granted.  Motion Docket Entry No. _____

//

//

//

//

DATED: July 01, 2010

_Margaret M Mann_
Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

_____
(Firm name)

By:_____
    Attorney for Movant

CSD 1162

```
CSD 1162 [08/22/03] (Page 2)
```

ORDER ON NON-CONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY ON REAL OR PERSONAL PROPERTY
DEBTOR:                                                                          CASE NO:
                                                                                 RS NO.:

The Motion of _____,

("Movant"), for relief from the automatic stay having been filed with the above-entitled court on _____, and

The Notice of Filing of a Motion for Relief from Automatic Stay (a file-stamped copy of which is attached hereto as Exhibit A OR Notice Docket Entry No._____, if filed electronically), the Motion, and accompanying Declarations having been served upon the parties named below on _____, and

- ☐ Debtor *(Name)*:
- ☐ Debtor's Attorney *(Name)*:
- ☐ Trustee *(Name)*:
- ☐ United States Trustee (in Chapter 11 & 12 cases), and
- ☐ Others, if any *(Name)*:

No objection or Request for Hearing having been filed by or on behalf of the Debtor, IT IS HEREBY ORDERED as follows:

The automatic stay pursuant to 11 U.S.C. Section 362 is hereby terminated for all purposes as to Movant in connection with the estate's and the debtor's interest in

1. ☐   The following real property:

   a.   Street address of the property including county and state:

   b.   Legal description is ☐ attached as Exhibit A or ☐ described below:

2. ☐   The following personal property as described ☐ below or ☐ in Exhibit B attached:

IT IS FURTHER ORDERED that *(Optional)*:

```
CSD 1162
```

*Signed by Judge Margaret M. Mann July 01,2010*